*CIVIL RIGHTS FRUSTRATED AND EMOTIONAL*
*I AM RESPECTFULLY REQUEST THE COURT TO FILE THIS CASE*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York
_____ Division

Case No. **18 CV 238**
(to be filled in by the Clerk's Office)

**AHMADOU SANKARA**
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**FAMILY COURT OF THE STATE OF NEW YORK COUNTY OF BRONX, ET AL**
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed *in forma pauperis*. *REASON MY BROTHER ADAM SANKARA WAS TARGET AND MURDERED ON 2010 AT "IVORY COAST" AND MY OTHER BROTHER ALADJI SANKARA WAS TARGET ALSO ON 2015 AND MURDERED*

*ENEMIES IN AFRICA. MY OTHER BROTHER ALSO LIVING AT CONGO BRAZAVEL FOR FEAR OF IS LIFE. A LOT OF MY FAMILY WAS TARGET AND MURDERED. MY CHILDREN SOULD SHOULD NOT BE ISSUE A PASSPORT OR TRAVELING DOCUMENT. NO MONEY ON MY ACCOUNT*

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: AHMADOU SANKARA
   All other names by which you have been known:
   ID Number: 16 R 0122
   Current Institution: MOHAWK CORRECTION FACILITY
   Address: ~~P.O. Box 8L~~
   6514 RT 26 P.O. Box 8451
   ~~ROME~~ NEW YORK 13442
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: JENNIFER S. BURTT
   Job or Title *(if known)*: FAMILY COURT OF THE STATE OF NEW YORK COUNTY OF BRONX
   Shield Number:
   Employer:
   Address: 900 SHERIDAN AVENUE PART 46
   BRONX NEW YORK 10451
   City / State / Zip Code
   ☐ Individual capacity   ☒ Official capacity

   Defendant No. 2
   Name: THE CITY OF NEW YORK RESPOND
   Job or Title *(if known)*:
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   ☐ Individual capacity   ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

_____ _____ _____
City                                State                               Zip Code

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

_____ _____ _____
City                                State                               Zip Code

☐ Individual capacity   ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

①  SENSE 2007 I WAS BEING DENIED ACCESS WAS TO MY TWO CHILDREN FROM MY X·WIFE WITHOUT CAUSE OR BECAUSE SHE ∧ PREGNAT FROM ANOTHER MAN 2007. SENSE 2012 I FILE PETITIONER AT BRONX FAMILY COURT DOCKET# V-14491-12: FILE #:145897, THE PETITIONER OF 2012 WAS DISMISSED WITHOUT MY CONSENT

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? TOOK TO IMMIGRATION CUSTODY ON 2013 WITHOUT THE BECAUSE I WAS RESULT OF MY CHILDREN VISITATION RIGHTS, ② I WAS RELEASE FROM IMMIGRATION ON 2014 BY FEDERAL COURT DOCKET#: 14-CV-110, I FILE ANOTHER PETITIONER AT BRONX FAMILY COURT ON 2014 AT MY EARLIER MONTH MY LAST FAMILY COURT DATE FEB 27 2015 WHICH I WAS OUTSIDE OF JAIL,

HOW MY CHILDREN RECEIVE PASSPORT WITHOUT MY SIGNATURE HOW THAT HAPEN?

I WAS FALSE ARRESTED ON MARCH 6 2015. I NOTIFY FAMILY COURT TO PRODUCED ME WHICH I WAS AT RIKERS ISLAND EVEN I NOTIFY PRISONER RIGHT FOR D.O.C. TO PRODUCED ME, BUT MY 2014 PETITIONER VISITATION FOR MY TWO CHILDREN WAS DISMISSED 2015.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

③ ④

I FILE ANOTHER PETITIONER ON 2015 DOCKET#: V-27087-15. THAT PETITIONER WAS DISMISSED WITHOUT ANY RESULT ON 2015. I FILE ANOTHER PETITIONER END OF 2015 DOCKET#: V-27088-15. THAT PETITIONER WAS DISMISSED WHEN AFTER MY SENTENCE. WITHOUT NO RESULT OF MY CHILDREN OF MY CHILDREN

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☑ Other (explain) WRONGFULLY CONVICTION. APPEAL PENDING OF CRIMINAL CASE: MY CHILDREN RIGHTS ACCESS BEING IN CUSTODY VISITATION

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

⑤

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I FILE ANOTHER PETITIONER AT BRONX FAMILY COURT AGAIN DOCKET#: V-27087-16. I WAS BEING PRODUCED AT TELEPHONE EVERY MONTHS. THAT PETITIONER WAS DISMISSED WITHOUT NO RESULT FOR MY CHILDREN VISITATION. VERY FRUSTRATED 2016.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

⑥ I FILE ANOTHER PETIONER ON 2017 AGAIN DOCKET#: V-03161-17 I WAS BEING PRODUCE ON TELEPHONE EVERY MONTHS AGAIN THE COURT CONTINUE VIOLATED MY FAMILY COURT RIGHTS ACCESS OF MY VISITATION OF MY THOSE MY CHILDREN. THAT'S NOT RIGHTS FOR NOT GRANTED ME MY CHILDREN RIGHTS

I WANT TO KNOW HOW MY CHILDREN RECEIVE PASSPORT WITHOUT MY CONSENT OR SIGNATURE?

THAT 2017 PETITIONER WAS DISMISSED WITHOUT NO RESULT.

C. What date and approximate time did the events giving rise to your claim(s) occur?

⑦ I FILE ANOTHER PETITIONER ON 2017 AGAIN AT THE BRONX FAMILY SAME FAMILY COURT DOCKET #: V-03162-17

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

THE COURT STARED ADJURNER MY CASE THREE MONTHS LONG AND THE COURT DON'T WANT ME TO SPEAK OF THE COURT RECORDS FOR MY CHILDREN VISITATION RIGHTS, THE LAST COURT DATE NOV 6 2017 THE NEVER PRODUCED ME AND THE COURT CHANGE MY PETITIONER MAKE ME THE RESPONDED AND MAKE MY X-WIFE PETITIONER THAT'S VIOLATION UNDER THE LAW.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SENSE 2012 TO 2017 I AM THE ONE WAS PETITIONER NOT THE RESPONDED. I AM FRUSTRATED EMOTIONAL LACK OF ACESS OF MY LOVELY CHILDREN CIVIL AND COMMON LAW RIGHTS EMOTIONAL INJURY EMOTIONAL DISTRESS LACK OF ACCESS OF MY U.S. CHILDREN FOR TEN YEARS. VIOLATION OF CHILDREN RIGHTS OF THEY FATHER. VIOLATION OF U.S. "CHILDREN ABDUCTION." ███████████ MY CHILDREN

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

MOTHER APPLIES PASSPORT FOR MY BOTH ███████ ████ CHILDREN WITHOUT MY CONSENT AND WITHOUT MY SIGNATURE THAT'S VIOLATION OF U.S. CONSTIONAL LAW. WHICH MY BOTH CHILDREN ALREADING HAVE PASSPORT WITHOUT MY SIGNATURE HOW THAT HAPEN. THAT'S FAMILY COURT FAULT. THERE ARE DENIED MY RIGHT OF ACCESS OF MY U.S. CHILDREN SENSE 2012 TO 2017. "ABDUCTION" I AM RESPECTFULLY REQUESTING FEDERAL COURT OF MY CHILDREN RIGHTS THE SHOULD NOT BE "ISSUE PASSPORT. NOTHING." MY SUIT IS $1,500,000.00

*WHY MY CHILDREAL HAVE PASSPORT WHICH I AM POLITICAL REFUGE "CHILDREN ABDUKTION"?*
*PLUS I WAS NEVER ARRESTED SENSE 2012 FOR DOMESTIC VIOLATES TEN YEAR NEVER WHY?*

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **2012 AT IMMIGRATION CUSTODY**

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[✓] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

**ON 2015 I NOTIFY PRISONER RIGHTS FOR MY FAMILY COURT RIGHTS AT RIKERS ISLAND**

WHY DENIED ME ACCESS TO MY CHILDREN FOR TEN YEARS FOR MY CHILDREN FATHER RIGHTS?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

PRISONER WROTE ME BACK AT JAIL

2. What did you claim in your grievance?

I WAS NEVER WAS PRODUCED AT COURT

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I CONTINUE FILE DIFFERENT AT THE FAMILY COURT FOR THE HAVE ACCESS OF VISITATION OF MY CHILDREN. SEVEN PETITIONER WAS FILE FROM ME FROM 2012 TO 2017

Page 7 of 11

WHY THE CHILDREN SHOULD NOT HAVE ACCESS FOR THEY FATHER FOR TEN YEAR? ANY TO HAVE ACCESS WITH MY CHILDREN FRUSTRATED

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

THAT'S DANGER FOR MY CHILDREN TO HAVE PASSPORT AND TRAVELING TO AFRICA CONTRY I CONTINUE COMPLAINT ABOUT MY CHILDREN AT UP STATE PRISON GRIEVANCE

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

SENSE 2012 TO 2017 NO RESULT OF MY CHILDREN VISITATION RIGHTS. THE ADJOURNEY MY FAMILY COURT THREE MONTHS LONG BY CHANGING MY PETITIONER I WAS THE PETITIONER SENSE 2012 TO 2017 THE MAKE MY X-WIFE PETITIONER THAT'S VIOLATION. PLUS COURT NOT TAKING MY TESTIMONY. THE ONLY

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

TAKING MY X-WIFE TESTIMONY OF MY CHILDREN VISITATION RIGHTS. PLUS MY X-WIFE CONTINUE APPLY PASSPORT FOR MY CHILDREN WITHOUT MY CONSENT WHY THAT'S

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

THE FAMILY VIOLATED MY U.S. CONSTITUTIONAL RIGHTS BY ALLOW HER TO APPLIES MY CHILDREN PASSPORT THAT'S WRONG.

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

DOCKET# 15CV-7761- 15CV-8470- 15CV-5046, NOT FRIVOLOUS. AND OTHER CASES FOR MY RIGHTS OF WRONGFULLY CONVICTION.

WHY FAMILY COURT CONTINUE ALLOW MY CHILDREN TO HAVE PASSPORT OR TRAVELING DOCUMENT? SHE TOOK MY CHILDREN FROM SCHOOL TO GO AFRICA

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) AHMADOU SANKARA
   Defendant(s) O'HARA ET AL

2. Court *(if federal court, name the district; if state court, name the county and State)*
   SOUTHERN DISTRICT OF NEW YORK

3. Docket or index number
   15-CV-7761

4. Name of Judge assigned to your case
   P-K-C - J-L-C

5. Approximate date of filing lawsuit
   2015

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. DEC 4 2017

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   FOR NOT ENTIRETY APPEAL # 17-4052

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

WHY MY RIGHTS WAS VIOLATED FOR NOT HAVE ACCESS WITH MY CHILDREN OF U.S.A?

☑ Yes  SHE NOT ALLOW MY CHILDREN EDUCATION FULL TIME AT SCHOOL THAT'S THE COURT OF FAMILY COURT FAULT
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   AHMADOU SANKARA
   Defendant(s)  PLASKETT ET AL

2. Court *(if federal court, name the district; if state court, name the county and State)*

   SOUTHERN DISTRICT OF NEW YORK

3. Docket or index number
   15CV-8470

4. Name of Judge assigned to your case    K.B.F.

5. Approximate date of filing lawsuit    2015

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition   OCT 4 2017

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ENTIRETY
   APPEAL 17-3556

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JAN 7 2018 FOR U.S. CONSTITUTIONAL FRUSTRATED

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: AHMADOU SANKARA
Prison Identification #: 16R0122
Prison Address: MOHAWK CORRECTION FACILITY 6514 RT 26 P.O. BOX 8451 ROME NEW YORK 13442

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
         _____ City   State   Zip Code
Telephone Number: _____
E-mail Address: _____

```
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
PRESENT: Jennifer S. burtt Esq., referee
-------------------------------------X
                                      FILE#: 145897
AHMADOU SANKARA,
              petitioner,             DOCKET#: V-03161-17
                                               V-03162-17
      -against-                                V-27087-16
                                               V-27087-15
KEITA TIGUIDANKE,                              V-27088-15
              respond,                         V-14491-12

-------------------------------------X
```

YOUR HONOR,

PETITIONER Ahmadou sankara respectfully submitted this motion to the court, there are mistake from the court Iam not the respond, Iam the petitioner sense 2012, the court should not take the testimony from one side, the court should take the testimony from the both side under the family court law, plus I was not being produce of my court date NOV 6 2017, I don't know what was going on, sense 2007 I have being denied to visiting my U.S. children, that'sviolation under the laws, even pm incarceration, that's my rights to speak to my lovely children, and them to visite me also, the court don't know my X WIFE I do know my X WIFE, the court are make a big mistake by adjourney my case long period time without my consent, three months is a long time of adjournement time, do the court don't what the children to know their blood father, every human should know their blood father, the court don't know If Iam the one is the good father of the children, or their mother only GOD know the best parent of the children, Inneed my right of my children, Iam very frustrate, because lack of see my children, respectfully submitted for consideration thank you for your time, plus I never receive court order of nov 6 2017 produce notice,

CC TO, ELI R. ROSENBAUM
THE LAW OFFICE
26 west 183rd st
bronx n y 10453

AHMADOU SANKARA, PETITION,
mohawk correction
facility 6514 rt 26
p.o.box.8451
rome new york 13442

AHMADOU SANKARA
din#16R0122
Mohawk Correctional Facility
6514 Rt.26 P.O. Box 8451
Rome, New York 13442

To: U.S. Department of State
CA/OCS/CI
9th Floor, SA-17
Washington, DC 20522

January 4, 2018

Re: Entry of Children into Children's Passport Issuance Alert Program,
NOURDINE CLINTON SANKARA, D.O.B. NOVEMBER 4, 2004 Son
MAHAWA AHMADOU SANKARA, D.O.B. NOVEMBER 5, 2006 Daughter

Dear: Sir/Madam

I am respecfully submitting this letter to the Children's Passport Issuance Alert Progam to request that my two children NOURDINE CLINTON SANKARA D.O.B November 4, 2004 and MAHAWA AHMADOU SANKARA D.O.B November 5, 2006 are not to be issue passport or renewed passport or any traveling documents without my consent.

As of November 15, 2017 there is an pending passport application found for MAHAWA AHMADOU SANKARA. I being the father and legal guardian of both child, had not granted consent for my children to received a passport. I am afraid that my children will be abducted so I request that they be place on the Children's Passport Issuance Alert Program. I submit to you a copy of my Driver Licence, with my children's birth certificate.

I received your letter dated November 15, 2017 on January 2, 2018 which is the cause of my delay. (see) copy.

I thank you for service and time in this matter.

Sincerely *[signature]*

AHMADOU SANKARA
din#16R0122
Mohawk Correctional Facility
6514 Rt.26 P.O. Box 8451
Rome, NY 13442

Sworn to before me
this 5 day of January, 2018

*[signature]*
Notary Public
JAMES A. KALLIES, JR.
Notary Public - State of New York
No. 01KA6273776
Qualified in Oneida County
Commission Expires December 24, 2020

cc: file



United States Department of State

*Washington, D.C. 20520*

Ahmadou Sankara, 16 R 0122
Mohawk Correctional Facility
6514 Rte 26, P.O. Box 8451
Rome, NY 13442

November 15, 2017

RE: Entry of Children into Children's Passport Issuance Alert Program

Dear Mr. Sankara:

    The United States Department of State, Office of Passport Services has received your request for entry of Mahawa Sankara into the Children's Passport Issuance Alert Program (CPIAP). On the basis of your request, an entry was made into CPIAP for the child. This entry, which normally remains in effect until the child turns 18 should allow us to alert you if any application for a new or renewed U.S. passport for the children is received. If a passport application is executed on behalf of the child, you will generally receive 30 days to consent or object to issuance of the passport, absent extraordinary circumstances. However, if the applicant can demonstrate that he/she has sole authority to apply for a passport under U.S. law, the passport may still be issued at any time.

    According to our Passport records, as of 11/15/17:

- Pending passport application found?                    Yes
- Record of valid issued U.S. passport book found?       No
- Record of valid U.S. passport card found?              No

Please be advised that since additional information is needed, we have opened up a preliminary case. **To have a complete case, please submit a copy of a government issued photo ID for yourself, and a copy of the child's birth certificate, or other proof of parentage.** You may email or fax additional documentation to us, or send them to the address below. Please also complete and return the attached Privacy Act Waiver. Once we receive the necessary documentation that establishes parental rights from you, we will mark your case as active and send you a letter confirming the completed enrollment of your children into CPIAP.

    In most instances, both parents (or legal guardians) with custodial rights must consent to the issuance of a passport to a child under 16. Please be advised that entry into CPIAP alone will not result in an automatic denial of any application for issuance or renewal of a passport for the children. It should, however, enable us to suspend the processing of an application until we contact you. During that time, you may approve issuance of the passport or provide a written objection to its issuance. As described in

the Department's regulations, available at 22 C.F.R. 51.28, a written objection to issuance by a person with legal custody rights will usually prevent issuance of a passport to any child under 18 years of age.  **Since we will need to contact you in the event of a pending passport application for your children, it is very important that you keep us informed of any changes to your contact information.**  Failure to notify us of your correct address and phone number may result in passport issuance for your child without your consent.

The Children's Passport Issuance Alert Program is not a method for tracking use of a passport.  Once a passport is issued, its use cannot be restricted.  In addition, be aware that the U. S. government does not have exit controls at the border.  The U.S. government does not check the names or the documents of travelers leaving the United States.  Additionally, CPIAP does not prevent a dual national child from obtaining and traveling on a foreign passport. If your child has a valid passport from another country, he or she may be able to travel outside the United States without your consent.

We strongly encourage any parent requesting CPIAP entry because of fear that a child may be abducted to review the Department's information about international parental child abduction available on www.travel.state.gov/childabuction, and to contact the Office of Children's Issues at preventabduction1@state.gov.  The Department of State places the highest priority on the welfare of children, and we are here to assist you.

Please do not hesitate to contact us should you have questions about CPIAP, or if you require further assistance.

Sincerely,

**Prevention Branch**
U.S. Department of State
CA/OCS/CI
9th Floor, SA-17
Washington, DC 20522

Email: PreventAbduction1@state.gov
Phone: (888) 407-4747
Fax: (202) 485-6222
Website: travel.state.gov
KC

15-CV-7761

Dear Mr. Sankara,

Here is the web link to your Appellate Division argument from December 12, 2017:

http://wowza.nycourts.gov/vod/vod.php?source=ad1&video=AD1_Archive_Dec12_13-58-50.mp4

The argument of your case is the first one that appears in the video.

Regards,

John Santoro

**MOHAWK CORRECTIONAL FACILITY**
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: AHMADOU SANKARA DIN: 16R0122

RECEIVED
2018 JAN 10 PM 3:10
CLERK'S OFFICE
S.D.N.Y.

Civil DKT
M6

TO: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET NEW YORK
NEW YORK 10007-1312

LEGAL MAIL

NEOPOST
01/08/2018
US POSTAGE $000.88
FIRST-CLASS MAIL
ZIP 13440
041M11287395

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: AHMADOU SANKARA DIN: 16R0122